**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RODNEY A. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00719-JMB |
| | ) | |
| CASEWORKER SCOTT WATTELET and ST. CHARLES COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

Rodney A. Campbell, a self-represented prisoner currently incarcerated at the St. Louis City Justice Center, brings this action under 42 U.S.C. § 1983 alleging that he was denied Court forms by his caseworker at the St. Charles County Jail. (Doc. 1). He seeks leave to pursue this action in forma pauperis. Because Plaintiff has accrued three strikes under the Prison Litigation Reform Act (PLRA), the Court denies the request and orders him to pay the full $405 fee.

The PLRA is designed to "filter out the bad [prisoner] claims and facilitate consideration of the good." *Jones v. Bock*, 549 U.S. 199, 204 (2007). One mechanism for doing so is the three-strikes provision of 28 U.S.C. § 1915(g). *See Orr v. Clements*, 688 F.3d 463, 464 (8th Cir. 2012). Section 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3

> or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff has filed more than 34 civil actions in this Court since December 2025.[1] At least four of these lawsuits have been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See Campbell v. Campanga*, No. 4:25-cv-1901-JMB (E.D. Mo. dismissed Feb. 18, 2026); *Campbell v. St. Charles Cnty. Jail*, No. 4:25-cv-1902-ACL (E.D. Mo.

[1] *See Campbell v. St. Charles Cnty. Jail*, 4:25-cv-1784-JMB (E.D. Mo. filed Dec. 8, 2025); *Campbell v. Campanga*, No. 4:25-cv-1901-JMB (E.D. Mo. filed Dec. 15, 2025); *Campbell v. St. Charles Cnty. Jail*, No. 4:25-cv-1902-ACL (E.D. Mo. filed Dec. 29, 2025); *Campbell v. Unknown,* No. 4:26-cv-24-JMD (E.D. Mo. filed Jan. 5, 2026); *Campbel v. St. Clair Cnty. Jail*, 4:26-cv-65-MTS (E.D. Mo. filed Jan. 15, 2026); *Campbell v. St. Charles Cnty. Jail*, No. 4:26-cv-89-MAL (E.D. Mo. filed Jan. 21, 2026); *Campbell v. St. Charles Cnty. Jail*, No. 4:26-cv-152-HEA (E.D. Mo. filed Feb. 2, 2026); *Campbell v. Madison Cnty. Jail*, 4:26-cv-158-JSD (E.D. Mo. filed Feb. 2, 2026); *Campbell v. St. Charles Cnty., Mo.*, No. 4:26-cv-162-AGF (E.D. Mo. filed Feb. 2, 2026); *Campbell v. Madison Cnty. Jail*, No. 4:26-cv-165-RHH (E.D. Mo. filed Feb. 2, 2026); *Campbell v. Johnson,* No. 4:26-cv-203-NCC (E.D. Mo. filed Feb. 6, 2026); *Campbell v. St. Charles Cnty. Jail*, No. 4:26-cv-205-SRC (E.D. Mo. filed Feb. 9, 2026); *Campbell v. State of Mo.*, No. 4:26-cv-239-CDP (E.D. Mo. filed Feb. 17, 2026); *Campbell v. St. Charles Cnty. Jail*, No. 4:26-cv-241-ZMB (E.D. Mo. filed Feb. 17, 2026); *Campbell v. St. Charles Cnty. Jail*, No. 4:26-cv-278-ZMB (E.D. Mo. filed Feb. 23, 2026); *Campbell v. St. Charles Cnty.*, No. 4:26-cv-346-MAL (E.D. Mo. filed Mar. 9, 2026); *Campbell v. Johnson*, No. 4:26-cv-444-NCC (E.D. Mo. filed Mar. 26, 2026); *Campbell v. Madison Cnty.*, No. 4:26-cv-525-SRC (filed Apr. 7, 2026); *Campbell v. Sawyer*, 4:26-cv-531-NCC (E.D. Mo. filed Apr. 8, 2026); *Campbell v. Johnson*, No. 4:26-cv-588-HEA (E.D. Mo. filed Apr. 20, 2026); *Campbell v. Johnson*, No. 4:26-cv-625-JSD (E.D. Mo. filed Apr. 27, 2026); *Campbell v. Johnson*, No. 4:26-cv-626-RHH (E.D. Mo. filed Apr. 27, 2026); *Campbell v. Johnson*, No. 4:26-cv-638-RHH (E.D. Mo. filed Apr. 28, 2026); *Campbell v. Johnson*, No. 4:26-cv-640-SPM (E.D. Mo. filed Apr. 28, 2026); *Campbell v. Johnson*, No. 4:26-cv-677-CMS (E.D. Mo. filed May 4, 2026); *Campbell v. Johnson,* No. 4:26-cv-703-NCC (E.D. Mo. filed May 7, 2026); *Campbell v. Johnson*, 4:26-cv-706-JMB (E.D. Mo. filed May 6, 2026); *Campbell v. St. Charles Cnty.*, 4:26-cv-707-NCC (E.D. Mo. filed May 6, 2026); *Campbell v. Wattelet*, No. 4:26-cv-719-JMB (E.D. Mo. filed May 8, 2026); *Campbell v. St. Charles Cnty.*, No. 4:26-cv-735-MTS (E.D. Mo. filed May 11, 2026); *Campbell v. Byrnes*, 4:26-cv-746-MAL (E.D. Mo. filed May 13, 2026); *Campbell v. St. Clair Cnty.*, No. 4:26-cv-811-MAL (E.D. Mo. filed May 22, 2026); *Campbell v. St. Charles Cnty.*, No. 4:26-cv-812-JSD (E.D. Mo. filed May 22, 2026); *Campbell v. Madison Cnty.*, No. 4:26-cv-1450-NCC (E.D. Mo. filed Sept. 10, 2026).

dismissed May 5, 2026); *Campbell v. St. Charles Cnty. Jail*, No. 4:26-cv-152-HEA (E.D. Mo. dismissed Feb. 18, 2026); *Campbell v. Madison Cnty. Jail*, No. 4:26-cv-165-RHH (E.D. Mo. dismissed Mar. 30, 2026). The Court takes judicial notice of these records. *See Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005) (stating that courts "may take judicial notice of judicial opinions and public records").

Because Plaintiff has accumulated three strikes under § 1915(g), the Court cannot grant him leave to proceed in forma pauperis in this matter unless he "is under imminent danger of serious physical injury." 28 U.S.C. §1915(g). Plaintiff does not assert that he is under imminent danger of serious physical injury in his complaint. Therefore, the Court denies his motion to proceed in forma pauperis. *See* 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis is **DENIED**. (Doc. 3)

**IT IS FURTHER ORDERED** that Plaintiff shall pay the $405 filing fee within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order will result in the dismissal of this action without prejudice and without further notice.

Dated this 24th day of September, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE